# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

In re:

    Imran Mohammad Shah                  Chapter 13
                                                            Case No. 18-13152-cgm

                       Debtor(s)

-------------------------------------------------x

## ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. § 521(i)(1)

The Debtor having failed to file bankruptcy schedules required by 11 U.S.C. § 521(a)(1) within 45 days of the petition date in this case, it is hereby

ORDERED, that this case is dismissed pursuant to 11 U.S.C. § 521(i)(1).



Dated: February 8, 2019
      Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge